# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee ▼

| | |
|---|---|
| SAMUEL HRYNCEWIZ <br><br> *Plaintiff(s)* <br> v. <br> CITY OF JASPER, OFFICER JUSTIN GRAHAM IN HIS OFFICIAL AND PERSONAL CAPACITY, OFFICER DERRICK LONG IN HIS OFFICIAL AND PERSONAL CAPACITY <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1-24-cv-263 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Jasper c/o Mayor Jason Turner at 4460 Main St. Jasper, TN 37347

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Davis, Kessler & Davis
Robert Davis
433 Cherokee Blvd.
Chattanooga, TN 37405
423-267-7000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/02/2024

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1-24-cv-263

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
was received by me on *(date)* 8-6-24 .

☑ I personally served the summons on the individual at *(place)* Jasper City Hall 4460 Main St, Jaspon, TN 37347 on *(date)* 8-7-24 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-7-24

Marc Lawrence
*Server's signature*

Marc Lawrence, private server
*Printed name and title*

516 Chestnut St, 37402
*Server's address*

Additional information regarding attempted service, etc: