UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| Samuel Hryncewiz, | ) |
|     *Plaintiff,* | ) |
| | ) No. 1:24-CV-263 |
| v. | ) |
| City of Jasper, et al., | ) |
|     *Defendants.* | ) |

## NOTICE OF APPEARANCE

Comes Now, Attorney W. Adam Izell, and the law firm of Law Office of W. Adam Izell, PLLC, hereby enters a general appearance in this matter on behalf of Defendants Justin Graham and Derrick Long. This general appearance as counsel is that of co-counsel for Defendant Justin Graham and Defendant Derrick Long. This Notice of Appearance is not intended to substitute or in any way alter the appearance of the law firm of Robinson, Smith & Wells, PLLC, Attorney Philip Aaron Wells, Attorney Ronald D. Wells, or Attorney Keith H. Grant, as counsel for these Defendants.

Notice is hereby served that copies of all filings and written discovery related to this litigation should henceforth be sent to undersigned counsel at the address below.

Respectfully Submitted this 10th day of October, 2024.

**LAW OFFICE OF W. ADAM IZELL, PLLC**

/s/ W. Adam Izell
**By: W. ADAM IZELL, TN BPR #028438**
P.O. Box 4386
Chattanooga, TN 37405
Telephone: (423) 888-3022
Fax: (423) 888-3042
E-mail: adam@chattlawyer.com
*Counsel for Justin Graham and Derrick Long, Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

**Law Office Of W. Adam Izell, PLLC**

/s/ W. Adam Izell
By: W. ADAM IZELL, TN BPR #028438

cc: Robert Floyd Davis
Corrissa M. Davis
Davis, Kessler & Davis
433 Cherokee Blvd.
Chattanooga, TN 37405
(423) 267-7000