IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| Sameul Hryncewiz | ) |
|        Plaintiff | ) |
| | ) No. 1-24-cv-263 |
| v. | ) |
| City of Jasper, et al. | ) |
|        Defendants | ) |

## NOTICE OF APPEARANCE

Take notice that Attorney Keith H. Grant, of Robinson, Smith & Wells, PLLC, Suite 700, Republic Centre, 633 Chestnut Street, Chattanooga, Tennessee 37450, enters an appearance in this matter and will serve as counsel for the Defendant, City of Jasper, et al, in their individual and official capacity.

Respectfully submitted,

ROBINSON, SMITH & WELLS, LLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
Telephone: (423) 756-5051
Facsimile: (423) 266-0474

By: *Keith H. Grant*
     Keith H. Grant, BPR #023274015622
     kgrant@rswlaw.com
     *Attorney for Defendant*

CERTIFICATE OF SERVICE

        The undersigned hereby certifies that an exact copy of this pleading has been served upon counsel for all parties at interest in this cause by delivering an exact copy to said counsel or by placing an exact copy in the United States Mail addressed to said counsel with sufficient postage thereupon to carry the same to its destination or by email in accordance with Tenn. R. Civ. P. 5.02(2)(a).

        This the 10th day of October, 2024.

        Robinson, Smith & Wells, PLLC

        By: _Keith H. Grant_

cc: Robert Floyd Davis, BPR# 030129
    Corrisa M. Davis, BPR# 040245
    Davis, Kessler & Davis
    433 Cherokee Blvd
    Chattanooga, TN 37330
    robert@daviskessler.com
    corissa@daviskessler.com

ec/101024/RDW/KHG
jasperhryn.notice of appearance