IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| Sameul Hryncewiz | ) |
|     Plaintiff | ) |
| | ) No. 1-24-cv-263 |
| v. | ) |
| City of Jasper, et al. | ) |
|     Defendants | ) |

**NOTICE OF WITHDRAWAL OF KEITH H. GRANT AS COUNSEL FOR DEFENDANTS CITY OF JASPER, ET AL.**

Pursuant to LR 83.4(f), Keith H. Grant hereby gives notice of his withdrawal as counsel for Defendants, City of Jasper, et al. Mr. Grant is leaving his employment with the law firm of Robinson, Smith & Wells, PLLC. The Defendants, City of Jasper, et al. will continue to be represented by Philip Aaron Wells.

    Respectfully submitted,

    ROBINSON, SMITH & WELLS, PLLC

    By:    s/ *Keith H. Grant*
           Keith H. Grant, BPR# 023274
           Philip Aaron Wells, BPR# 036248
           Suite 700, Republic Centre
           633 Chestnut Street
           Chattanooga, TN 37450
           kgrant@rswlaw.com
           lrufolo@rswlaw.com
           awells@rswlaw.com
           *Attorneys for City of Jasper, et al,*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing pleading was filed electronically on July 15, 2025. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

      Robinson, Smith & Wells, PLLC

      By:    s/ *Keith H. Grant*

cc:    Robert Floyd Davis, BPR# 030129
      Corrisa M. Davis, BPR# 040245
      Davis, Kessler & Davis
      433 Cherokee Blvd
      Chattanooga, TN 37330
      robert@daviskessler.com
      corissa@daviskessler.com

Page 2 of 2

Case 1:24-cv-00263-CLC-CHS    Document 27    Filed 07/15/25    Page 2 of 2    PageID #: 170