UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF CHATTANOOGA, TENNESSEE

SAMUEL HRYNCEWIZ,

 Plaintiff,

V.                                                                                  Civil Action 1-24-cv-263

CITY OF JASPER,
 and
OFFICER JUSTIN GRAHAM
IN HIS OFFICIAL AND PERSONAL
CAPACITY
 and
OFFICER DERRICK LONG
IN HIS OFFICIAL AND PERSONAL
CAPACITY

 Defendants

---

**JOINT MOTION FOR EXTENSION OF TIME FOR PARTIES TO FILE MOTIONS IN LIMINE FOR 14 DAYS TO DECEMBER 15, 2025**

---

      The parties move this Court for a fourteen (14) day extension of time through December 15, 2025, to file Motions in Limine. In support of this Motion, the parties show the following:

      1.    The Court entered a Scheduling Order [Doc. 33] on October 11, 2024 with a Motion in Limine deadline of December 1, 2025.

      2.    In the same Scheduling Order, the Court set deadlines for Pre-Trial Disclosures and Special Requests to Instruct the Jury for December 15, 2025.

      3.    The parties have met and conferred about these deadlines and are in agreement that given the upcoming holiday (Thanksgiving) and other trial planning purposes that the

Motion in Limine Deadline could be moved to December 15, 2025 to coincide with the other Pre-Trial Deadlines.

4. This request is made in good faith, not for purposes of delay, and granting this motion will not prejudice either party or unduly delay these proceedings.

Based on the foregoing, for good cause shown, the parties move this Court for a fourteen (14) day extension of time through December 15, 2025, to file Motions in Limine.

Dated: 11/18/2025

Respectfully submitted,

s/ Robert F. Davis
Robert Floyd Davis BPR #030129
Davis, Kessler & Davis
433 Cherokee Blvd
Chattanooga, TN 37330
423-267-7000
f) 931-968-0680
robert@daviskessler.com

s/ Aaron Wells
Aaron Wells BPR #036248
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
awells@rswlaw.com
T: 423-756-5051
F: 423-266-0474