IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| Sameul Hryncewiz | ) |
|        Plaintiff | ) |
| | ) No. 1-24-cv-263 |
| v. | ) |
| City of Jasper, et al. | ) |
|        Defendants | ) |

**DEFENDANTS' PRE-TRIAL DISCLOSURES**
**FED. R. CIV. P. 26(a)(3)(A)(ii) & (iii)**

Pursuant to the Scheduling Order (Doc. 23) and Fed. R. Civ. P. 23(a)(3)(A)(ii) & (iii), Defendants provide the following pre-trial disclosures:

**Fed. R. Civ. P. 26(a)(3)(A)(ii)**

The defendants do not intend to offer any testimony by deposition, extent to the extent necessary for impeachment.

**Fed. R. Civ. P. 26(a)(3)(iii)**

The defendants expect to offer the following exhibits at trial:

    (1)    Footage from the Body Camera of Justin Graham

    (2)    Footage from the Body Camera of Derrick Long

    (3)    Photos of air-soft gun in backseat of vehicle

    (4)    Jasper Police Department Use of Force Policy

    (5)    Any other exhibits necessary for impeachment or cross-examination.

Respectfully submitted,

ROBINSON, SMITH & WELLS, LLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN   37450
Telephone:   (423) 756-5051
Facsimile:   (423) 266-0474

By:   */s/ Philip Aaron Wells*
      Philip Aaron Wells, BPR #036248
      awells@rswlaw.com

CERTIFICATE OF SERVICE

    I hereby certify that on the 15th day of December 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Robinson, Smith & Wells, PLLC

By:   /s/ Philip Aaron Wells

cc:   Robert Floyd Davis, BPR# 030129
      Davis & Davis
      433 Cherokee Blvd
      Chattanooga, TN 37330
      robert@daviskessler.com