UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

SAMUEL HRYNCEWIZ, )
 )
    *Plaintiff*, )
 )   Case No. 1:24-cv-263
v. )
 )   Judge Curtis L. Collier
CITY OF JASPER, TENNESSEE, et al., )
 )
    *Defendants*. )
 )

# JUDGMENT ORDER

For the reasons set forth in the accompanying memorandum, Defendants' motion for summary judgment (Doc. 24) is **GRANTED**, and Plaintiff's 42 U.S.C. § 1983 claims against all defendants are **DISMISSED WITH PREJUDICE**. Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.

The Clerk is **DIRECTED** to close this case file.

    **SO ORDERED.**

    **ENTER:**

                                                **/s/**
                                                **CURTIS L. COLLIER**
                                                **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ *LeAnna R. Wilson*
   CLERK OF COURT