UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF CHATTANOOGA, TENNESSEE

SAMUEL HRYNCEWIZ,

 Plaintiff,

V.                                                                                      Civil Action 1-24-cv-263

CITY OF JASPER,
 and
OFFICER JUSTIN GRAHAM
IN HIS OFFICIAL AND PERSONAL
CAPACITY
 and
OFFICER DERRICK LONG
IN HIS OFFICIAL AND PERSONAL
CAPACITY

 Defendants

---

## NOTICE OF APPEAL

      Notice is hereby given that Plaintiff, SAMUEL HRYNCEWIZ by and through his undersigned counsel, hereby appeals to the United States Court of Appeals for the Sixth Circuit for the Order granting Defendants' Motion for Summary Judgment which was entered in this action on January 9, 2026.

      Respectfully submitted, this 5th day of February, 2026.

        Respectfully submitted,

        <u>s/ Robert F. Davis</u>
        Robert Floyd Davis  (B.P.R. # 030129)
        Davis, Kessler & Davis
        433 Cherokee Blvd.
        Chattanooga, TN 37405
        (423) 267-7000
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served upon via the Court's e filing system:

        Aaron Wells BPR #036248
        Suite 700, Republic Centre
        633 Chestnut Street
        Chattanooga, TN 37450
        [awells@rswlaw.com](mailto:awells@rswlaw.com)
        T: 423-756-5051
        F: 423-266-0474

on this the 5th day of February, 2026.

        <u>s/Robert F. Davis</u>
        Robert F. Davis