**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 07, 2026

Mr. Robert Davis
Davis, Kessler & Davis
433 Cherokee Boulevard
Chattanooga, TN 37405

Mr. Philip Aaron Wells
Spears, Moore, Rebman & Williams
601 Market Street
Suite 400
Chattanooga, TN 37402

    Re:  Case No. 26-5095
        *Samuel Hryncewiz v. City of Jasper, TN, et al*
        Originating Case No. 1:24-cv-00263

Dear Sir or Madam,

    The Court issued the enclosed (Order/Opinion) today in this case.

               Sincerely yours,

               s/Connie A. Weiskittel
               Mediation Administrator

cc: Ms. LeAnna Wilson

Enclosure

No mandate to issue

Case No. 26-5095

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

SAMUEL HRYNCEWIZ

      Plaintiff - Appellant

v.

CITY OF JASPER, TN; JUSTIN GRAHAM, DERRICK LONG, in their individual and official capacities

      Defendants - Appellees

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,**
**RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: April 07, 2026

*Kelly J. Stephens*